UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SARAH WHITMORE SMAGE, | Case No. 20-mc-80168-LB |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| L BARTELS CONSULTING GROUP LLC, | Re: ECF No. 1 |
| Defendant. | |

There is a pending Rule 45 subpoena in this case. The court's standard process is to comply with the dispute-resolution procedures in its standing order (attached). The dispute procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 20-mc-80168-LB